JS-6
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | CV 13-01797 RSWL (JEMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OM ABS, INC. dba Carrows; TSL Development Inc. | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants OM ABS, Inc. and TSL Development Inc. and against Plaintiff Martin Vogel ("Plaintiff") as to all of Plaintiff's ADA claims.

This Court has declined to exercise supplemental jurisdiction over Plaintiff's remaining state law

1

claims.  Accordingly, Plaintiff's state law claims are **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

DATED: August 12, 2014

RONALD S.W. LEW
------
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge